[No. 73849-6-I.   Division One.   July 5, 2016.]

MARNIE L. SIMMONS, *Appellant*, v. MICROSOFT CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-24686-2, Sean Patrick O'Donnell, J., entered July 31, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Leach, JJ.

[No. 74131-4-I.   Division One.   July 5, 2016.]

STEPHEN CHRISS JOHNSON, *Appellant*, v. THE DEPARTMENT OF LICENSING ET AL., *Respondents*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated February 21, 2017. Substitute opinion filed. See 197 Wn. App. 1075.

[Nos. 45724-5-II; 46300-8-II.   Division Two.   July 6, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SIDNEY A. POTTS, *Appellant*.

Appeals from a judgment of the Superior Court for Cowlitz County, No. 12-1-00876-8, Michael H. Evans, J., entered December 19, 2013. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Maxa, A.C.J., and Johanson, J.

[No. 46960-0-II.   Division Two.   July 6, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. THEODORE ROOSEVELT RHONE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-02581-1, Edmund Murphy, J., entered November 24, 2014. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Sutton, J., concurred in by Bjorgen, C.J., and Maxa, J.